# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF J.W.

NO. 2024 KW 0410

**MAY 15, 2024**

---

In Re:    J.W., applying for supervisory writs, East St. Tammany
          City Court, Parish of St. Tammany, No. 24JP1060.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT